# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Keith London   (DOC No. 546480)
C. Paul Phelps Corr. 2-ND-C
P.O. Box 1056
DeQuincy, LA 70633

**REHEARING ACTION: January 27, 2010**

**Docket Number: 09   01402-KH**

**STATE OF LOUISIANA**
**VERSUS**
**KEITH LONDON**

**Writ Application from Calcasieu Parish Case No. 20959-07**

**BEFORE JUDGES:**

   **Hon. Oswald A. Decuir**
   **Hon. Jimmie C. Peters**
   **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Keith London** has this day been

   **DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent